

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                  312-435-5670
**Clerk**

Date:

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

Re:

USDC Case Number:

USCA Case Number:

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(S) OF PLEADING(S):

ELECTRONIC VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF PLEADING(S):

VOLUME(S) OF TRANSCRIPT(S):

VOLUME(S) OF DEPOSITION(S):

EXHIBITS:

VAULT ITEMS:


OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this

letter.

                                                 Sincerely,

                                                 Thomas G. Bruton, Clerk

                                                 By: /s/_____

                                                 Deputy Clerk

Rev. 09/23/2016

| | |
|---|---|
| United States of America | } Re: Chronis v United States of America, et al |
| Northern District of Illinois | } USDC Case Number;1:17-cv-05838 |
| Eastern Division | } USCA Case Number:17-03093 |
| | } |

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 volume of pleadings

**Date**   **Item No.**   **Description**

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 2nd day of January , 2018.

Sincerely yours,
Thomas G. Bruton, Clerk

By: /s/ Esperanza King
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ ESPERANZA KING
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
January 2, 2018

Rev. 12/1/2016

APPEAL,KIM,MIDP,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:17-cv-05838
# Internal Use Only

Chronis v United States of America, et al
Assigned to: Honorable Amy J. St. Eve
Demand: $26,000
Case in other court:  17-03093
                      Cook County Circuit Court, 2017-M1-301196
Cause: 28:1331 Fed. Question: Medical Malpractice

Date Filed: 08/10/2017
Date Terminated: 09/08/2017
Jury Demand: None
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Anna Chronis**        represented by   **Anna Chronis**
3759 North New England Avenue
Chicago, IL 60634
312-838-6677
Email: anna.chronis@yahoo.com
PRO SE

V.

**Defendant**

**United States of America**    represented by   **Scott Dennis Heffron**
Asst. United States Attorney
Northern District of Illinois
219 S. Dearborn St.
Suite 9046
Chicago, IL 60604
Email: scott.heffron@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tamika Alexander, M.D.**

**Defendant**

**UIH-Mile Square Health Center**

| Date Filed | # | Docket Text |
|---|---|---|

| 08/10/2017 | 1 | NOTICE of Removal from Cook County Circuit Court, case number (2017-M1-301196) filed by UNITED STATES OF AMERICA (Heffron, Scott) (Entered: 08/10/2017) |
|---|---|---|
| 08/10/2017 | 2 | CIVIL Cover Sheet (Heffron, Scott) (Entered: 08/10/2017) |
| 08/10/2017 | 3 | DESIGNATION of Scott Dennis Heffron as U.S. Attorney for Defendant UNITED STATES OF AMERICA (Heffron, Scott) (Entered: 08/10/2017) |
| 08/10/2017 | 4 | NOTICE by UNITED STATES OF AMERICA re notice of removal 1 (Heffron, Scott) (Entered: 08/10/2017) |
| 08/10/2017 |  | ~~CASE ASSIGNED to the Honorable Amy J. St. Eve. Designated as Magistrate Judge the Honorable Young B. Kim. (nsf, ) (Entered: 08/10/2017)~~ |
| 08/11/2017 | 5 | NOTICE TO THE PARTIES - The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in the attached Notice which includes the MIDP Standing Order. Also attached is a checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the attached documents (Notice to Parties and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third-Party Complaint is served. (ags, ) (Entered: 08/11/2017) |
| 08/11/2017 | 6 | MAILED Notice of Removal letter to Plaintiff. (ags, ) (Entered: 08/11/2017) |
| 08/11/2017 | 7 | MOTION by Defendant United States of America to dismiss *for failure to exhaust administrative remedies* (Heffron, Scott) (Entered: 08/11/2017) |
| 08/11/2017 | 8 | ~~NOTICE of Motion by Scott Dennis Heffron for presentment of motion to dismiss 7 before Honorable Amy J. St. Eve on 8/22/2017 at 08:30 AM. (Heffron, Scott) (Entered: 08/11/2017)~~ |
| 08/17/2017 | 9 | ~~PRO SE Appearance by Plaintiff Anna Chronis (ags, ) (Entered: 08/18/2017)~~ |
| 08/17/2017 | 10 | NOTICE by Anna Chronis of Opposition to Defendant's motion to dismiss due to failure to exhaust administrative procedures. 7 (Exhibits) (ags, ) (Entered: 08/21/2017) |
| 08/21/2017 | 11 | MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff having filed an opposition to defendant's motion to dismiss 7 , defendant's |

2

| | | |
|---|---|---|
| | | reply shall be filed by 9/6/17. Ruling by mail. Status hearing set for 11/2/17 at 8:30 a.m. No appearance is required on the 8/22/17 notice motion date. Mailed notice (kef, ) (Entered: 08/21/2017) |
| 08/23/2017 | 12 | APPLICATION by Plaintiff Anna Chronis for leave to proceed in forma pauperis (Exhibit) (ags, ) (Entered: 08/25/2017) |
| 08/23/2017 | 🔒 13 | (Court only) RECEIVED USM-285 form for defendant(s) Tamika Alexander, MD by Plaintiff Anna Chronis (ags, ) (Entered: 08/25/2017) |
| 08/25/2017 | 14 | REQUEST for Waiver of Service sent to Scott Dennis Heffron, US Attorney's Office, United States of America on 8/25/2017 by Plaintiff Anna Chronis (Exhibit). (ags, ) (Entered: 08/25/2017) |
| 08/25/2017 | 15 | EXHIBIT by Plaintiff Anna Chronis (ags, ) (Entered: 08/25/2017) |
| 08/28/2017 | 16 | MINUTE entry before the Honorable Amy J. St. Eve: Because Defendant United States removed this lawsuit from the Circuit Court of Cook County, Illinois, pro se Plaintiff need not file an application to proceed in forma pauperis, thus the Court denies pro se Plaintiff's application as moot. 12 Also, because Defendant removed this lawsuit, Plaintiff need not request a waiver of service. Mailed notice (kef, ) (Entered: 08/28/2017) |
| 08/31/2017 | | SUMMONS Issued as to Tamika Alexander, M.D. (lcw, ) (Entered: 08/31/2017) |
| 08/31/2017 | 17 | ANSWER to Complaint *and Certificate of Service* by United States of America(Heffron, Scott) (Entered: 08/31/2017) |
| 09/05/2017 | 18 | REPLY by Defendant United States of America to motion to dismiss 7 *United States' Reply in Support of Its Motion to Dismiss* (Heffron, Scott) (Entered: 09/05/2017) |
| 09/05/2017 | 19 | SUMMONS Returned Executed as to Tamika Alexander M.D on 9/1/2017 answer due 9/22/2017 by Anna Chronis. (Exhibit) (mc, ) . (Entered: 09/07/2017) |
| 09/08/2017 | 20 | ORDER Signed by the Honorable Amy J. St. Eve on 9/8/2017: The Court grants Defendant's motion to dismiss for failure to exhaust administrative remedies. 7 . All pending dates and deadlines are stricken. Civil case terminated. [For further details, see Order.] Mailed notice(kef, ) (Entered: 09/08/2017) |
| 10/06/2017 | 21 | NOTICE of appeal by Anna Chronis regarding orders 20 (Exhibit). (IFP PENDING) (smm) (Entered: 10/11/2017) |
| 10/06/2017 | 22 | AFFIDAVIT ACCOMPANYING MOTION by Plaintiff Anna Chronis for permission to appeal in forma pauperis. (smm) (Entered: 10/11/2017) |

3

| | | |
|---|---|---|
| 10/11/2017 | 23 | ~~NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 21 . (smm) (Entered: 10/11/2017)~~ |
| 10/11/2017 | 24 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 21 . Notified counsel (smm) (Entered: 10/11/2017)~~ |
| 10/11/2017 | 25 | ~~ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 21 ; USCA Case No. 17-3093. (aee, ) (Entered: 10/11/2017)~~ |
| 10/12/2017 | 26 | ORDER: Plaintiff's motion for permission to appeal in forma pauperis 22 is granted. Signed by the Honorable Amy J. St. Eve on 10/12/2017. Mailed notice (eaa, ) (Entered: 10/12/2017) |
| 12/29/2017 | 27 | ~~NOTICE to Transmit Record on Appeal regarding notice of appeal 21 ; USCA Case No. 17-3093. (jjr, ) (Entered: 12/29/2017)~~ |

**KEY**

**A majority of all items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**

4